UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LATERRA WOODS,
on behalf of herself and
all others similarly situated,
    Plaintiff,                                    Case No. 22-CV-412
    v.

NEW PERSPECTIVE SENIOR LIVING, LLC,
    Defendant.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF RULE 23 AND 29 U.S.C. §216(b) SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b), Laterra Woods, on behalf of herself and all other similarly situated, and Defendant New Perspective Senior Living, LLC, through their respective undersigned counsel move the Court to:

1. Approve the Parties' Settlement Agreement (ECF No. 26) as a fair, reasonable, and adequate resolution of disputed claims under the FLSA and Wisconsin wage and hour laws;

2. Grant the Parties' Stipulated Motion to Certify a Rule 23 Class (ECF No. 27).

3. Grant the Parties' Stipulated Motion to Certify a Collective Class pursuant to 29 U.S.C 216(b) (ECF No. 28);

4. Appoint Laterra Woods as Class Representative for the Rules 23 Class and the Collective Class;

5. Appoint Hawks Quindel, S.C. as Class Counsel;

6. Approve the Parties' Notices in the form of Exhibits F and G to the Settlement Agreement (ECF Nos. 26, p 47-61) for distribution to all putative members of the Rule 23 Class and Collective Class;

7. Approve the provision of the Notice of Class Action Settlement by mail as valid, due, and sufficient notice to member of the Rule 23 Class and Collective Class;

8. Order that Defendant shall provide the most recent mailing addresses to the Claims Administrator, Rust Administration, within seven (7) days of the Court's Order Preliminarily Approving the Settlement Agreement;

9. Order that Rust Administration shall mail the Notices to the respective member of the Rule 23 Class and Collective Class within fourteen (14) days of receiving the most recent mailing addresses from Defendant;

10. Order that any member of the Collective Class who wishes to participate in the Parties' settlement of the FLSA claims as alleged in the Complaint and who has not already done so shall file a Consent Form within thirty (30) days of Rust Administration's mailing the notice as described in the Settlement Agreement;

11. Order that any member of the Rule 23 Class who wishes to exclude themselves from the Parties' settlement of Wisconsin law claims as alleged in the Complaint shall exclude themselves per the instructions set forth in the Notice within thirty (30) days of the mailing of that notice;

12. Order that any member of the Rule 23 Class who does not exclude themselves accordingly shall be bound by the Court's order finally approving the Settlement Agreement;

13. Order that any member of the Rule 23 Class who wishes to object in any way to the proposed Settlement Agreement shall file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position;

14. Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs by a date not later than twenty-one days before Fairness Hearing; and

15. Order that the Court shall determine at the Final Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated: July 28, 2023.

| Respectfully Submitted, | **Respectfully Submitted,** |
|---|---|
| s/ Joseph L. Olson<br>Joseph L. Olson, SBN 1046162<br>jlolson@michaelbest.com<br>Elizabeth A. Odian, SBN 1084776<br>eaodian@michaelbest.com<br>Leah N. Moon, SBN 1115622<br>lnmoon@michaelbest.com | **s/ Larry A. Johnson**<br>Larry A. Johnson, SBN 1056619<br>ljohnson@hq-law.com<br>Summer H. Murshid, SBN 1075404<br>smurshid@hq-law.com<br>Timothy P. Maynard, SBN 1080953<br>tmaynard@hq-law.com |
| **MICHAEL BEST & FRIEDRICH LLP**<br>790 North Water Street<br>Suite 2500 | **Hawks Quindel, S.C.**<br>5150 N. Port Washington Road<br>Suite 243<br>Milwaukee, WI 53217-5470 |

Milwaukee, WI 53202  (414) 271-8650 (office)
Telephone: 414.271.6560  (414) 607-6079 (facsimile)
Facsimile: 414.277.0656
**Attorneys for Defendant**  **Attorneys for Plaintiff**