UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LATERRA WOODS,
on behalf of herself and
all others similarly situated,
    Plaintiff,                                      Case No. 22-CV-412
    v.

NEW PERSPECTIVE SENIOR LIVING, LLC,
    Defendant.

## STIPULATED MOTION TO CERTIFY RULE 23 CLASS

Plaintiff Laterra Woods ("Plaintiff"), on behalf of herself and others similarly situated, and New Perspective Senior Living, LLC ("Defendant") (Plaintiff and Defendant collectively the "Parties"), through their respective undersigned counsel, submit this Stipulated Motion to Certify Rule 23 Class. The Parties, through extensive arm's length negotiations, have reached a settlement in this case. In connection with this settlement, the Parties agreed to stipulate to certification of the Rule 23 Class defined below, for settlement purposes only.

1. The Parties stipulate to and move the court to certify a Class of the following individuals pursuant to Federal Rule of Civil Procedure 23:

> All Caregivers employed by Defendant from April 1, 2020, through February 21, 2022, in Wisconsin and whose names appear on Exhibit A to this Settlement Agreement.

2. The Parties stipulate and agree that the requisites for establishing Rule 23 Class certification have been met and are met with respect to the Rule 23 Class. More specifically, the Parties stipulate and agree that:

a. The Rule 23 Class are so numerous as to make it impracticable to join all putative class members of the Class;

b. There are common questions of law and fact, including but not limited to:

   i. Whether Defendant's common policies resulted in a failure to adequately compensate Plaintiff and members of the Rule 23 Class for compensable rest breaks as required by Wisconsin law;

   ii. Whether Defendant's common policies resulted in a failure to adequately compensate Plaintiff and members of the Rule 23 Class at their agreed upon rates as required by Wisconsin law;

   iii. Whether Defendant's common policies resulted in a failure to adequately compensate Plaintiff and members of the Rule 23 Class at an overtime premium for all hours worked in excess of 40 during a workweek as required by Wisconsin law;

   iv. The proper measure of damages sustained by Plaintiff and members of the putative class.

c. Plaintiff's claims are typical of the claims of the Rule 23 Class because she was employed as a Caregiver by Defendant and was subject to the same compensation policies and practices as members of the Rule 23 Class;

d. Plaintiff and Plaintiff's Counsel will fairly and adequately protect the interests of the Rule 23 Class;

e. The prosecution of separate actions by putative members of the Rule 23 Class would create the risk of inconsistent or varying adjudications, which would establish incompatible standards of conduct; and

f. Questions of law and fact common to the members of the Rule 23 Class predominate over questions affecting any individual member of the Rule 23 Class, and a class action is superior to other available means for the fair and efficient adjudication of this controversy.

3. If the Parties' proposed settlement is not finally approved by the Court, or the settlement is terminated or fails to become effective in accordance with the terms of the Settlement Agreement, this Stipulation and the Court's Order as to this Stipulation shall be vacated without further order of the Court, the Parties will request a new schedule from the Court, and Defendant reserves the right to oppose Rule 23 class certification.

Dated: July 28, 2023.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| s/ Joseph L. Olson | s/ Larry A. Johnson |
| Joseph L. Olson, SBN 1046162 | Larry A. Johnson, SBN 1056619 |
| jlolson@michaelbest.com | ljohnson@hq-law.com |
| Elizabeth A. Odian, SBN 1084776 | Summer H. Murshid, SBN 1075404 |
| eaodian@michaelbest.com | smurshid@hq-law.com |
| Leah N. Moon, SBN 1115622 | Timothy P. Maynard, SBN 1080953 |
| lnmoon@michaelbest.com | tmaynard@hq-law.com |
| **MICHAEL BEST & FRIEDRICH LLP** | **Hawks Quindel, S.C.** |
| 790 North Water Street | 5150 N. Port Washington Road |
| Suite 2500 | Suite 243 |
| Milwaukee, WI 53202 | Milwaukee, WI 53217-5470 |
| Telephone: 414.271.6560 | (414) 271-8650 (office) |
| | (414) 607-6079 (facsimile) |

Facsimile: 414.277.0656
**Attorneys for Defendant**  **Attorneys for Plaintiff**