UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**LATERRA WOODS,**
**on behalf of herself and**
**all others similarly situated,**
   **Plaintiff,**
 v.              Case No. 22-CV-412

**NEW PERSPECTIVE SENIOR LIVING, LLC,**
   **Defendant.**

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL

  Pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b), Laterra Woods, on behalf of herself and all other similarly situated, and Defendant New Perspective Senior Living, LLC, through their respective undersigned counsel move the Court to:

  1. Approve the Settlement Agreement and find that the Settlement Agreement meets the requirements of federal law, relevant Wisconsin law, and due process;

  2. Find that the settlement terms negotiated by the Parties and described in the Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between Defendant, Named Plaintiff, the members of the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

  3. Order that Members of the Rule 23 Class who did not properly exclude themselves and member of the Collective Class who properly opted into the action shall be bound by the Settlement Agreement.

4. Appoint Hawks Quindel, S.C. as Class Counsel for the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

5. Appointment Laterra Woods as Representative Plaintiff for the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

6. Order New Perspective Senior Living, LLC, to fund the remaining portion of the $300,000 Settlement Fund in the manner set forth in the Settlement Agreement;

7. Find that the request for one-third of the settlement fund plus costs is fair and reasonable and award Hawks Quindel, S.C. $100,000.00 in fees and $452.00 for costs;

8. Order the Administrator to distribute payments in the manner set forth in the Settlement Agreement;

9. Dismiss the action with prejudice and without further costs to either party; and

10. Retain jurisdiction over this matter to the extent it is necessary to enforce the Parties' settlement.

Dated: December 14, 2023

                                                          s/ Larry A. Johnson
Larry A. Johnson, SBN 1056619
Connor J. Clegg, SBN 1118534
Attorneys for Plaintiff

Hawks Quindel, S.C.
5150 N. Port Washington Road
Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650

Facsimile: (414) 607-6079
Email: ljohnson@hq-law.com
cclegg@hq-law.com