# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**LATERRA WOODS,**
        **Plaintiff,**

   v.                                    Case No. 22-CV-412

**NEW PERSEPCTIVE SENIOR LIVING LLC.**
        **Defendant.**

---

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 1/4/2024 |
| Time Commenced: 11:00 a.m. | Concluded: 11:05 a.m. |
| Deputy Clerk: MJA | Court Reporter: Sue |

APPEARANCES:

Plaintiff:   By Attorney Larry Johnson

Defendant: By Attorney Elizabeth Odian

Nature of Conference: Fairness Hearing

Notes: Court approves settlement and motion for attorneys' fees and costs.