UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LATERRA WOODS,
on behalf of herself and
all others similarly situated,
    Plaintiff,                            Case No. 22-CV-412
    v.

NEW PERSPECTIVE SENIOR LIVING, LLC,
    Defendant.

### ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND APPROVING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

IT IS HEREBY ORDERED:

    1.    The Court, having conducted a fairness hearing on January 4, 2023, and finding that the Parties' settlement is fair and reasonable, hereby approves, in its entirety, the Settlement Agreement and finds that the Settlement Agreement meets the requirements of federal law, relevant Wisconsin law, and due process.

    2.    The Court finds that the settlement terms negotiated by the Parties and described in the Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between Defendant, Named Plaintiff, the members of the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

    3.    Members of the Rule 23 Class who did not properly exclude themselves and member of the Collective Class who properly opted into the action shall be bound by the Agreement.

4. Hawks Quindel, S.C. shall serve as Class Counsel for the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

5. Plaintiff Laterra Woods shall serve as Representative Plaintiff for the certified Rule 23 Class and the 29 U.S.C. § 216(b) Collective Class;

6. Defendant shall fund to the Administrator the remainder of the Settlement Fund in the manner set forth in the Settlement Agreement;

7. The Administrator shall deliver the payments as set forth in the Settlement Agreement;

8. The Court, having reviewed Plaintiff's Motion for Attorneys' Fees and Costs, finds that the request for one-third of the settlement fund plus costs is fair and reasonable and therefore awards Hawks Quindel, S.C. $100,000.00 in fees and $452.00 for costs;

9. Defendant shall deliver to Hawks Quindel, S.C. the awarded fees and costs in the manner set forth in the Settlement Agreement;

10. This case is dismissed with prejudice and without further cost to either party.

SO ORDERED at Milwaukee, Wisconsin, this 4th day of January, 2024.

BY THE COURT:

/s/ Lynn Adelman
LYNN ADELMAN
District Judge